UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| SPIRE MISSOURI INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:21-cv-00181-BCW ) |
| CONSTELLATION NEWENERGY, GAS DIVISION, LLC, | ) ) ) |
| Defendant. | ) ) |

**DEFENDANT CONSTELLATION NEWENERGY - GAS DIVISION, LLC'S**
<u>**CORPORATE DISCLOSURE STATEMENT**</u>

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Constellation NewEnergy - Gas Division, LLC makes the following disclosure:

- Defendant Constellation NewEnergy - Gas Division, LLC is a limited liability company formed under the laws of the Commonwealth of Kentucky. It is an indirect subsidiary of Exelon Generation Company, LLC.

- Exelon Generation Company, LLC is a limited liability company formed under the laws of the Commonwealth of Pennsylvania. Exelon Generation Company, LLC is a subsidiary of Exelon Corporation.

- <u>Exelon Corporation</u> is a corporation formed under the laws of the Commonwealth of Pennsylvania. Exelon Corporation's stock is publicly traded under the symbol EXC.

SIGNED and DATED this 31st day of May, 2021.

          Respectfully submitted,

    By: <u>/s/ Patrick Fanning</u>
        Patrick N. Fanning    MO#47615
        PEAK LITIGATION LLP
        4900 Main Street, Ste. 160
        Kansas City, Missouri 64112
        Telephone: (816) 281-5404
        pfanning@peaklitigation.com

        *Attorneys for Defendant Constellation NewEnergy - Gas Division, LLC*

OF COUNSEL: (Pro hac vice applications pending)

JACKSON WALKER L.L.P.
Joseph A. Fischer, III
Texas Bar No. 00789292
Email: tfischer@jw.com
Amy L. Baird
Texas Bar No. 24044090
abaird@jw.com
Richard A. Howell
Texas Bar No. 24056674
rahowell@jw.com
1401 McKinney Street, Suite 1900
Houston, Texas 77010
Telephone: (713) 752-4200

## CERTIFICATE OF SERVICE

     Undersigned counsel filed the foregoing pleading on the 31st day of May, 2021 via the Court's CM/ECF system with an automatic service copy being sent to all counsel who have entered an appearance.

                                                  */s/ Patrick N. Fanning*