# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| SPIRE MISSOURI INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:21-cv-181 |
| | ) | |
| CONSTELLATION NEWENERGY, | ) | |
| GAS DIVISION, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW John J. Rehmann, II of Dowd Bennett LLP and hereby moves the Court to grant him leave to withdraw as counsel for Plaintiff Spire Missouri Inc. Movant is leaving the employ of Dowd Bennett LLP. Plaintiff will continue to be represented by Dowd Bennett LLP.

Respectfully submitted,

Dated: June 28, 2021          DOWD BENNETT LLP

By:   /s/ John J. Rehmann, II
      John J. Rehmann, II #61245 MO
      7733 Forsyth Blvd., Suite 1900
      St. Louis, Missouri 63105
      314-889-7300 (phone)
      314-863-2111 (facsimile)
      jrehmann@dowdbennett.com

      *Attorneys for Spire Missouri Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 28, 2021, I filed the foregoing Motion to Withdraw as Counsel via the Court's CM/ECF system, effecting service upon all counsel of record.

                                                 /s/ John J. Rehmann, II