UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| SPIRE MISSOURI INC., | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 4:21-cv-00181-MDH<br>) |
| CONSTELLATION NEWENERGY, GAS DIVISION, LLC, | )<br>)<br>) |
| Defendant. | )<br>) |

## DEFENDANT'S UNOPPOSED MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT

In accordance with Local Rule 83.2, Defendant Constellation NewEnergy Gas Division, LLC, hereby moves the Court to allow Patrick N. Fanning, of the law firm of PEAK Litigation LLP, to withdraw his appearance as counsel for Defendant in this lawsuit.

Mr. Fanning and the members of his law firm are transitioning their practice from PEAK Litigation LLP to another law firm. Accordingly, due to the existence of previous representation arrangements between the PEAK attorneys' future firm and clients in other matters, Mr. Fanning must withdraw from further representation of Defendant.

Defendant further asks the Court to allow Brian J. Madden of the law firm of Wagstaff & Cartmell LLP to enter his appearance as substitute counsel for Defendant in this lawsuit.

Defendant's counsel Mr. Fanning has advised Plaintiff's counsel of the contents of Defendant's Motion for Withdrawal and Substitution of Counsel for Defendant. Plaintiff does not oppose Defendant's Motion.

1

Respectfully submitted,

Withdrawing counsel:

PEAK LITIGATION LLP

/s/Patrick N. Fanning
Patrick N. Fanning    MO #47615
4900 Main Street, Ste. 160
Kansas City, Missouri 64112
Telephone: (816) 281-5404
pfanning@peaklitigation.com

AND

Entering counsel:

WAGSTAFF & CARTMELL LLP

/s/ Brian J. Madden
Brian J. Madden    MO #40637
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: (816) 701-1100
bmadden@wcllp.com

*Attorneys for Defendant Constellation NewEnergy-Gas Division, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2021, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/Patrick N Fanning
A*ttorney for Defendant*