# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| SPIRE MISSOURI, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:21-cv-00181-MDH |
| | ) |
| CONSTELLATION NEWENERGY, | ) |
| GAS DIVISION, LLC, | ) |
| | ) |
| Defendant. | ) |

## ENTRY OF APPEARANCE

COMES NOW Brian J. Madden of the law firm of Wagstaff & Cartmell LLP, and hereby enters his appearance as counsel for Defendant in the above-entitled cause.

Respectfully submitted,

*/s/ Brian J. Madden*
Brian J. Madden             MO# 40637
WAGSTAFF & CARTMELL LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Tel. (816) 701-1100
Fax (816) 531-2372
bmadden@wcllp.com
**ATTORNEY FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2021, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Brian J. Madden*
ATTORNEY FOR DEFENDANT